UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Freddy Spann, | C/A No. 3:12-38-JFA-PJG |
| Plaintiff, | |
| v. | ORDER |
| Kershaw County Mental Health Clinic; Three Rivers Behavioral Health; | |
| Defendants. | |

The *pro se* plaintiff brings this civil action *in forma pauperis*. The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation and opines that because the complaint is lacking in sufficient facts to enable the court to determine the nature of the claims he attempts to raise, it is subject to summary dismissal in violation of the Fed. R. Civ. P. Rule 8(A). The Magistrate Judge also suggests that the complaint fails to specify an alleged injury or ask for specific relief. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

On February 29, 2012, the plaintiff was mailed a copy of the Report and Recommendation, which was filed on that same day, and advised of his right to file objections to the Report. The plaintiff filed a one-page response to the objections which

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

1

merely states, "Mental Health call me 3/1/2012 3:20 p.m. Social Ms." signed Freddy Spann. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, and the Report and Recommendation, this court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. The Report is incorporated herein by reference.

Accordingly, this action is dismissed without prejudice and without issuance and service of process.

IT IS SO ORDERED.

April 11, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge